USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 24, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
    CUMULUS MEDIA HOLDINGS INC. and
    CUMULUS MEDIA INC.,

                        Plaintiffs and
                        Counterclaim
                        Defendants,

            v.

    JPMORGAN CHASE BANK, N.A.,
    as Administrative Agent under the
    Amended and Restated Credit Agreement
    among Cumulus Media Inc., Cumulus
    Media Holdings Inc., as Borrower, Certain        16 Civ. 9591 (KPF)
    Lenders, Royal Bank of Canada, and
    Macquarie Capital (USA) Inc., as Co-                ORDER
    Syndication Agents, and Credit Suisse AG,
    Cayman Islands Branch, Fifth Third Bank,
    Goldman Sachs Bank USA and ING Capital
    LLC, as Co-Documentation Agents
    dated as of December 23, 2013,

                        Defendants,

            and

    ACIS CLO 2013-1 LTD., *et al.*,

                        Defendants-
                        Intevenors
                        and
                        Counterclaim
                        Plaintiffs,
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

       For the reasons outlined at length and on the record in the Court's oral

Opinion and Order issued today, February 24, 2017, Plaintiffs' Motion for

Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and Defendants-Intevenors' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.  Accordingly, the Clerk of Court is requested to terminate the motions pending at Docket Entries Nos. 88, 98, and 99.  The parties are directed to advise the Court at their earliest convenience of their intentions regarding the future of this litigation.

    SO ORDERED.

Dated:    February 24, 2017
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge