USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: May 3, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CUMULUS MEDIA HOLDINGS INC. and CUMULUS MEDIA INC.,

Plaintiffs and Counterclaim Defendants,

v.

JPMORGAN CHASE BANK, N.A., as Administrative Agent under the Amended and Restated Credit Agreement among Cumulus Media Inc., Cumulus Media Holdings Inc., as Borrower, Certain Lenders, Royal Bank of Canada, and Macquarie Capital (USA) Inc., as Co-Syndication Agents, and Credit Suisse AG, Cayman Islands Branch, Fifth Third Bank, Goldman Sachs Bank USA and ING Capital LLC, as Co-Documentation Agents dated as of December 23, 2013,

Defendants,

and

ACIS CLO 2013-1 LTD., *et al.*,

Defendants-Intervenors and Counterclaim Plaintiffs,

---

16 Civ. 9591 (KPF)

ORDER OF DISMISSAL

KATHERINE POLK FAILLA, District Judge:

By letter dated May 2, 2017, the Defendants-Intervenors and Counterclaim Plaintiffs advised the Court that they have reached an agreement

with the Plaintiffs and Counterclaim Defendants with regard to the payment of fees, costs, and expenses incurred after March 1, 2017, and "are not seeking any further relief that requires judicial determination." (Dkt. #131). Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: May 3, 2017
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge